AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Blaine Harrington III | )<br>)<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| | ) Civil Action No. 17cv22496-KMW |
| | )<br>)<br>)<br>) |
| Forest Travel Agency, Inc. | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Forest Travel Agency, Inc.
Serve:  Registered Agent - David Mendal
2440 NE Miami Gardens Drive,  Suite 107
Miami, FL 33180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joel B. Rothman
Schneider Rothman Intellectual Property Law Group, PLLC
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350            Joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 6, 2017

Steven M. Larimore
Clerk of Court



**SUMMONS**

*s/ Maria Cruz*
Deputy Clerk
U.S. District Courts